UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NCLN 20, INC. and STEVE JONES,

         Plaintiffs,                     Case No. 05-60198

v.

                                    Hon. John Corbett O'Meara

VITO DANZO, et al.,


         Defendants.

_____/


**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**
**FOR IMPROPER VENUE AND ORDER OF PARTIAL DISMISSAL**

Before the court is Defendants' motion to dismiss for improper venue, filed August 31,

2005.  Plaintiffs filed a response on September 14, 2005.  The court heard oral argument on

October 20, 2005.  For the reasons stated on the record, Defendants' motion is denied.

Plaintiffs' complaint sets forth three counts: Count I, violation of 42 U.S.C. § 1983;

Count II, violations of the Michigan constitution; and Count III, gross negligence.  Plaintiffs do

not allege that diversity jurisdiction exists.  Although Count I is cognizable in this court pursuant

to 28 U.S.C. § 1331, the remaining allegations present claims based on state law.  This court

declines to exercise supplemental jurisdiction over Plaintiffs' state law claims so as to avoid jury

confusion.   See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966);

Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Defendants' August 31, 2005 motion to

dismiss is DENIED.

It is further ORDERED that Counts II and III of Plaintiffs' complaint are DISMISSED.


s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


Dated:  October 20, 2005